

# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Shawn Albin,<br><br>Plaintiff,<br><br>V.<br><br>R.J. Donovan, State Prison; San Diego Jail, County Jail;<br><br>Defendant. | Civil Action No.   20-cv-00471-JAH-LL<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court denies Plaintiff's Motion to Proceed IFP as barred by 28 U.S.C. Section 1915(g) and certifies that an IFP appeal from this Order would be frivolous pursuant to 28 U.S.C. Section 1915(a)(3).

Date:   7/13/20

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By:  s/ T. Ferris

T. Ferris, Deputy